IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HONORABLE JEROME B. SIMANDLE |
| v. | Criminal No. 11-849 (JBS) |
| JERRY SMITH, | |
| Defendant. | **ORDER FOR RETURN OF PASSPORT** |

This matter comes before the Court upon Defendant Jerry Smith's (hereinafter, "Defendant") application for an Order directing the return of his passport, which he surrendered to U.S. Pretrial Services as a condition of his bail [see Docket Item 20]; and the Court noting that the Government consents to Defendant's application; and the Court finding good cause to return the passport, given Defendant's September 21, 2015 surrender to the Bureau of Prisons;

IT IS this 21st day of **September, 2015** hereby

**ORDERED** that U.S. Pretrial Services return Defendant's Passport to Sharonda Smith at 214 Pinehurst Avenue, Scotch Plains, New Jersey 07076 as soon as practicable.

JEROME B. SIMANDLE
Chief U.S. District Judge